(120 So. 926)

**Jim PRUITT v. STATE.   (8 Div. 740.)**

Court of Appeals of Alabama.   Feb. 12, 1929.

SAMFORD, J.  Affirmed.

(123 So. 926)

**Jim PRUITT v. STATE.   (8 Div. 819.)**

Court of Appeals of Alabama.   June 25, 1929.

SAMFORD, J.  Affirmed.

(125 So. 925)

**Garnie PUCKETT v. STATE.   (8 Div. 982.)**

Court of Appeals of Alabama.   Jan. 23, 1930.

PER CURIAM.  Appeal dismissed.

(123 So. 927)

**Walter PURCELL v. STATE.   (7 Div. 564.)**

Court of Appeals of Alabama.   June 29, 1929.

BRICKEN, P. J.  Affirmed.

(119 So. 925)

**J. M. QUEEN et al. v. E. N. BENTLEY.
(5 Div. 744.)**

Court of Appeals of Alabama.   Jan. 8, 1929.

BRICKEN, P. J.  Affirmed.

(124 So. 925)

**Katzenberg RAMSEY v. STATE.   (2 Div. 440.)**

Court of Appeals of Alabama.   Nov. 5, 1929.

RICE, J.  Affirmed.

(124 So. 925)

**Charlie RANDELS v. STATE.   (4 Div. 524.)**

Court of Appeals of Alabama.   Nov. 12, 1929.

SAMFORD, J.  Appeal dismissed.

(121 So. 925)

**Adolphus RATLIFF v. STATE.   (5 Div. 733.)**

Court of Appeals of Alabama.   April 16, 1929.

SAMFORD, J.  Affirmed.

(124 So. 925)

**Cooper RAY v. STATE.   (5 Div. 755.)**

Court of Appeals of Alabama.   Nov. 26, 1929.

RICE, J.  Appeal dismissed.